UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

|  |  |
|---|---|
| SUSAN L. ZEIGLER<br>　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11320-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of Defendant Hartford Life and Accident Insurance Company in the above-entitled matter.

　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　Defendant Hartford Life and Accident
　　　　　　　　　　　　　　　　　Insurance Company,
　　　　　　　　　　　　　　　　　By its attorney

　　　　　　　　　　　　　　　　　CREVIER & RYAN, LLP.

　　　　　　　　　　　　　　　　　*/s/ Katherine R. Parsons*
　　　　　　　　　　　　　　　　　Katherine R. Parsons, BBO # 657280
　　　　　　　　　　　　　　　　　1500 Main Street, Suite 2020
　　　　　　　　　　　　　　　　　Springfield, MA 01115-5727
　　　　　　　　　　　　　　　　　Tel: (413) 787-2400
　　　　　　　　　　　　　　　　　Facsimile: (413) 781-8235
　　　　　　　　　　　　　　　　　Email: kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing via first class mail, postage prepaid on all counsel of record on this 15th day of July 2005.

　　　　　　　　　　　　　　　　　*/s/ Katherine R. Parsons*