UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| SUSAN L. ZEIGLER<br>   Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-11320-NG<br>)<br>)<br>)<br>)<br>) |

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPNAY
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Hartford Life and Accident Insurance Company ("HLAIC"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes the following disclosures: 1) HLAIC is a subsidiary of Hartford Life, Inc., which is an indirect subsidiary of Hartford Financial Services Group, a publicly traded corporation; and 2) Hartford Financial Services Group (indirectly as indicated above) is a publicly traded company that owns 10% or more of HLAIC's stock.

                    Respectfully Submitted,
                    Defendant Hartford Life and Accident
                    Insurance Company, By

                    CREVIER & RYAN, LLP.

                    David B. Crevier, BBO# 557242
                    Katherine R. Parsons, BBO# 657280
                    1500 Main Street, Suite 2020
                    Springfield, MA 01115-5727
                    Tel: (413) 787-2400
                    Facsimile: (413) 781-8235
                    Emails: dcrevier@crevierandryan.com
                         kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing via first class mail, postage prepaid on all counsel of record on this 15th day July 2005.