UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | | |
|---|---|---|
| SUSAN L. ZEIGLER,<br>    Plaintiff, | )<br>)<br>) | Docket No: 05-11320-NG |
| vs. | )<br>) | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>    Defendant. | )<br>)<br>)<br>) | |

**CERTIFICATION PURSUANT TO**
**L.R., D.Mass. RULE 16.1(D)(3)**

The undersigned counsel for the Plaintiff and the Plaintiff hereby certify to this Honorable Court that pursuant to L.R., D.Mass Rule 16.1(D)(3) we have conferred prior to the Scheduling Conference conducted before this Court on December 1, 2005:

(a)   with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R., D.Mass. Rule 16.4.

CERTIFIED by the undersigned as follows:

On behalf of the Plaintiff,
Dated: November 23, 2005                                         Dated:

_____                                         _____
Andrew J. Garcia, MA BBO # 559084                                 Susan L. Ziegler, Plaintiff
PHILLIPS, & GARCIA, LLP                                           10 Avenue A
13 Ventura Drive                                                  Riverside, RI 02915
N. Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)

## CERTIFICATE OF SERVICE

I, Andrew J. Garcia, attorney for the Plaintiff, certify that I served a true copy of the foregoing via first class mail, postage prepaid on all counsel of record on this 30th day of November, 2005.

David B. Crevier, Esquire
Katherine Parsons, Esquire
Crevier & Ryan, LLP
1500 Main Street
Suite 2200
Springfield, MA 01115

_____
Andrew J. Garcia, BBO # 559084
PHILLIPS & GARCIA, LLP
13 Ventura Drive
N. Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (facsimile)