UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUSAN L. ZEIGLER<br>        Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11320-NG<br>)<br>)<br>)<br>)<br>) |

### RECORD FOR JUDICIAL REVIEW

Plaintiff, Susan L. Zeigler, and Defendant, Hartford Life and Accident Insurance Company file the following document as the complete Record for Judicial Review in this case:

1. Record for Judicial Review (Bates Stamped Documents 1-579).

Respectfully Submitted,

PLAINTIFF SUSAN L. ZEIGLER

By her Attorneys,

PHILLIPS & GARCIA, LLP

_____
Andrew J. Garcia, BBO #
Carlin J. Phillips, BBO # 561916
13 Ventura Drive
N. Dartmouth, MA 02747
(508) 998-0800
(508) 998-0919 (fax)
email: cphillips@phillipsgarcia.com
       agarcia@phillipsgarcia.com

DEFENDANT HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY

By its Attorneys,

CREVIER & RYAN, LLP

_____
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
(413) 787-2400
(413) 781-8235 (fax)
email: dcrevier@crevierandryan.com
      kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail postage prepaid this 7TH day of April, 2006.

*[signature]*