UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN L. ZEIGLER            )
                            )
        Plaintiff,          )
    v.                      )   CIVIL ACTION
                            )   NO. 05-11320-NG
HARTFORD LIFE AND           )
ACCIDENT INS. CO.,          )
        Defendant.          )

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GERTNER

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On July 11, 2006, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    \_\_X\_\_ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel.

The parties were present in person or by authorized corporate officer.

The case was:

[X]  Settled.  Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                                  / s / Judith Gail Dein
                                                Judith Gail Dein, U.S. Magistrate Judge
DATED: July 11, 2006                             ADR Provider