UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

   SUSAN L. ZEIGLER   
          Plaintiff

V.

   HARTFORD LIFE INSURANCE   
          Defendant

CIVIL ACTION

NO.   05cv11320NG  

## SETTLEMENT ORDER OF DISMISSAL

   GERTNER,   D. J.

The Court having been advised on   7/12/2006   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

  7/13/2006  
Date

  /S/JENNIFER FILO  
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)