UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

_____
                                    )
SUSAN L. ZEIGLER                    )
        Plaintiff,                  )
                                    )
vs.                                 )         Civil Action No. 05-11320-NG
                                    )
HARTFORD LIFE AND ACCIDENT          )
INSURANCE COMPANY                   )
        Defendant.                  )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

Respectfully Submitted,

| Plaintiff Susan L. Zeigler | Defendant Hartford Life and Accident Insurance Company, |
|---|---|
| By her attorneys, | By its attorneys, |
| PHILIPS & GARCIA, LLP | CREVIER & RYAN, LLP. |
| /s/Andrew J. Garcia | /s/David B. Crevier |
| Andrew J. Garcia, BBO # 559084 | David B. Crevier, BBO # 557242 |
| Carlin M. Phillips, BBO # 561916 | Katherine R. Parsons, BBO # 657280 |
| 13 Ventura Drive | 1500 Main Street, Suite 2020 |
| North Dartmouth, MA 02747 | Springfield, MA 01115-5727 |
| Tel: (508) 998-0800 | Tel: (413) 787-2400 |
| Facsimile: (508) 998-0919 | Facsimile: (413) 781-8235 |
| Email: agarcia@phillipsgarcia.com | Email: dcrevier@crevierandryan.com |
| cphillips@phillipsgarcia.com | kparsons@crevierandryan.com |

2

## **CERTIFICATE OF SERVICE**

     I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 24th day of July 2006.

                                           /s/David B. Crevier